STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

CHH
WIL,III by CHH

2025 CA 0639

PERDIDO ENERGY LOUISIANA, LLC

EW by CHH

VERSUS

BEAUREGARD PARISH BOARD OF REVIEW, ASSESSOR BRENT
RUTHERFORD, EVANGELINE PARISH BOARD OF REVIEW,
ASSESSOR CHRIS GUILLORY, RAPIDES PARISH BOARD OF
REVIEW, ASSESSOR RICK DUCOTE, VERNON PARISH BOARD
OF REVIEW, AND ASSESSOR MICHAEL BEALER

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**ON REHEARING**            JAN 0 9 2026

PER CURIAM.

The request for rehearing filed by Beauregard Parish Assessor Brent Rutherford, Evangeline Parish Assessor Chris Guillory, Rapides Parish Assessor Rick Ducote, and Vernon Parish Assessor Michael Bealer is granted for the sole purpose of correcting the last line of the opinion concerning costs, which is amended to read as follows: "In view of the restriction contained in La. R.S. 47:1998(C), we are unable to assess costs associated with this appeal to the losing parties, Beauregard Parish Assessor Brent Rutherford, Evangeline Parish Assessor Chris Guillory, Rapides Parish Assessor Rick Ducote, and Vernon Parish Assessor Michael Bealer. We decline to assess these costs to Perdido Energy Louisiana, LLC."